# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED LEE DAVIS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA et al.,<br><br>　　　　　　Respondents. | CASE NO. 2:18-CV-10464-GW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition for Lack of Jurisdiction, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and this action is dismissed.

DATED: February 20, 2019

　　　　　　　　　　　　　　　　　　HON. GEORGE H. WU
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE